IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: NEWSTARCOM HOLDINGS )<br>)<br>_____Debtors._____ )<br>)<br>GEORGE L. MILLER )<br>)<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>MATCO ELECTRIC CORP., ET AL )<br>)<br>Appellee. ) | Civ. No. 17-309-GMS<br>Bankruptcy Case No. 08-10108 (CSS)<br>BAP No. 17-10 |

**ORDER**

At Wilmington this 17th day of October, 2017, having received a recommendation from Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 11);

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **November 6, 2017.**

2. Appellee's brief in opposition to the appeal is due on or before **December 6, 2017.**

3. Appellant's reply brief is due on or before **December 20, 2017.**

_____
United States District Judge