## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  NEWSTARCOM HOLDINGS, INC., *et al.*              Debtors. | ) ) ) ) )    Civil Action No. 1:17-cv-00309(MN) |
| GEORGE L. MILLER, as Chapter 7 Trustee of the Estates of NewStarcom Holdings, Inc., *et al.*, <br><br>              Appellant, <br><br> v. <br><br> MATCO ELECTRIC CORP., *et al.*, <br><br>              Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Bankruptcy Case No. 08-10108 (CSS)    ADV. No. 10-50063    BAP No. 17-00010 |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

George L. Miller, Chapter 7 Trustee (the "Trustee") of the bankruptcy estates of NewStarcom Holdings, Inc. ("NHI"); NSC Holdings, Inc. ("NSC"); Constar International, Inc. ("Constar") and Port City Electric, Inc. ("Port City") (collectively, "NewStarcom" or the "Debtors"), Appellant in the above-captioned civil action and Plaintiff in the underlying adversary proceeding, by his undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the final Order entered by Judge Maryellen Noreika of the United States District Court for the District of Delaware entered on September 6, 2019 (the "Order," D.I. 32).[1] The Order affirmed the following orders of the United States Bankruptcy Court for the District of Delaware:

---

[1] The Order and accompanying Memorandum Opinion (D.I. 31) are attached hereto as Exhibit A.

7406834 v1

1. The Bankruptcy Court's Order of July 5, 2012 (Adv. D.I. 71)[2] that granted in part the Motion to Dismiss filed by Defendants Matco Electric Corp. f/k/a/ Matco Associates, Inc., Ronald Barber,[3] Mark Freije and Kenneth Elliot (collectively, the "Matco Defendants"), and dismissed the Trustee's Fraudulent Transfer claims (Counts 4, 5, 6 and 7 of the Amended Complaint) against the Matco Defendants with prejudice;

2. The Bankruptcy Court's Opinion and Order dated March 8, 2016 (Adv. D.I. 208),[4] granting the Matco Defendants' Motion for Summary Judgment and denying the Trustee's Motion for Reconsideration of the Bankruptcy Court's dismissal of the Fraudulent Transfer claims.

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

| Party: | Counsel: |
|---|---|
| **George L. Miller,**<br>**Chapter 7 Trustee (Appellant)** | William J. Burnett, Esq.<br>Flaster Greenberg<br>1201 N. Orange St<br>Suite 301<br>Wilmington, DE 19801<br>Telephone: (302) 351-1910 |
| | Steven M. Coren, Esq.<br>Douglas Evan Ress, Esq.<br>Francis X. Lane, Esq.<br>Kaufman, Coren & Ress, P.C.<br>Two Commerce Square, Suite 3900<br>2001 Market Street<br>Philadelphia, PA 19103<br>Telephone:  (215) 735-8700 |

---

[2] The Bankruptcy Court's July 5, 2012 Dismissal Order is attached as Exhibit B.
[3] Ronald Barber is now deceased. On October 23, 2017, this Court entered an Order substituting Anne M. Barber as a party to the appeal. (D.I. 15).
[4] The Bankruptcy Court's March 8, 2016 Opinion and Order are attached as Exhibit C.

**Matco Electric Corp. f/k/a Matco Associates, Inc., Anne M. Barber, Mark Freije, and Kenneth Elliot, (Appellees)**

Ricardo Palacio, Esq.
Benjamin W. Keenan, Esq.
Ashby & Geddes, P.A.
P.O. Box 1150
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Telephone: (302) 654-1888

Harvey D. Mervis, Esq.
Amy Shapiro, Esq.
Hinman, Howard & Kattell, LLP
700 Security Mutual Bldg.
80 Exchange Street
Binghamton, NY 13902
Telephone: (607) 723-5341

Dated: September 11, 2019            Respectfully submitted,

*/s/ William J. Burnett*
William J. Burnett (DE No. 4078)
FLASTER GREENBERG
1201 N. Orange St
Suite 301
Wilmington, DE 19801

Steven M. Coren (*pro hac vice*)
Douglas Evan Ress (*pro hac vice*)
Francis. X. Lane (*pro hac vice*)
KAUFMAN, COREN & RESS, P.C.
Two Commerce Square, Suite 3900
2001 Market Street
Philadelphia, PA 19103

*Counsel for Appellant George L. Miller, as Chapter 7 Trustee for the Debtors' Estates*